# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

A.G.,

                **Plaintiff,**

-vs-                                                  Case No. 8:05-cv-225-T-26EAJ

REDMAN ET. AL, ,

                **Defendant.**
_____/

## NOTICE OF DESIGNATION UNDER LOCAL RULE 3.05

Please take notice that, in accordance with Local Rule 3.05, this action is designated as a **Track One** Case. All parties must meet any requirements established in Local Rule 3.05 for cases designated as track one. Plaintiff is responsible for serving a copy of this notice on all other parties.

                                                         SHERYL L. LOESCH, CLERK

Date: February 10, 2005                By:    R. Cole, Deputy Clerk

Distribution:
    -Original in Court file
    -Copies to plaintiff(s) [including habeas petitioner(s), bankruptcy appellants(s), and removing defendant(s)]