UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| A.G., | Case No. 8:05-CV-225-T-26EAJ |
| Plaintiff, | |
| v. | Agency No. A79 415 269 |
| KATHY REDMAN, Officer in Charge, Tampa Sub Office, Bureau of Citizenship and Immigration Services; JOHN M. BULGER, District Director, Bureau of Citizenship and Immigration Services, District 6. | UNOPPOSED MOTION FOR VOLUNTARY DISMISSAL |
| Defendants. | |

**UNOPPOSED MOTION FOR VOLUNTARY DISMISSAL OF
PETITION WITHOUT PREJUDICE FOR A
WRIT IN THE NATURE OF MANDAMUS**

Plaintiff A.G., through undersigned counsel, moves this Court for an unopposed voluntary dismissal without prejudice of her petition for writ in the nature of mandamus and states the following:

1. On February 7, 2005, plaintiff filed a petition for writ in the nature of mandamus to compel defendants to adjudicate her application for lawful permanent residency as a special immigrant juvenile.

2. On or about February 16, 2005, defendants adjudicated her applications and approved her case.

3. On February 25, 2005, counsel for defendants informed undersigned counsel that defendants do not oppose this motion and agree to pay their own court costs and fee, if any.

4. Plaintiff agrees to pay her own costs and fees, if any.

FOR THE ABOVE REASONS, Plaintiff A.G. moves for the dismissal without prejudice of her petition for a writ in the nature of mandamus.

/s/Rebecca Sharpless
REBECCA SHARPLESS
Trial Counsel
Florida Bar No. 131024
DEBORAH LEE
Attorneys for Plaintiff
FLORIDA IMMIGRANT ADVOCACY CENTER, INC.
3000 Biscayne Blvd., Suite 400
Miami FL 33137
Telephone (305) 573-1106 ext. 1080
Facsimile (305) 576-6273, fax
Email: rsharpless@fiacfla.org

CERTIFICATE OF SERVICE

I, Rebecca Sharpless, hereby certify that, on February 28, 2005, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following: Jeffrey J. Del Fuoco, Office of the U.S. Attorney, 400 North Tampa Street, Suite 3200, Tampa, FL 33602.

/s/Rebecca Sharpless
REBECCA SHARPLESS